MARK G. HENNESS, ESQ.
Nevada Bar No. 5842
STEPHEN J. MENDENHALL, ESQ.
Nevada Bar No. 15286
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200 Telephone
(702) 862-8204 Facsimile
mghesq@hennessandhaight.com
stephenm@hennessandhaight.com
*Attorneys for Plaintiff*

*-and-*

JOEL D. HENRIOD, ESQ.
Nevada Bar No. 8492
HENRIOD STERN
8965 South Eastern Avenue, Ste. 382
Las Vegas, Nevada 89123
Telephone: (702) 389-66001
Email: jhenriod@hslaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT DALE, Individually and as Executor of the Estate of CAROL ANN SCANLON, deceased;<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES,<br><br>Defendant. | Case No.: 2:24-cv-01896-JAD-EJY<br><br>*Consolidated for discovery with related cases*<br><br>Case No. 2:24-cv-01490-JAD-EJY (Anderson)<br>Case No. 2:24-cv-01737-JAD-EJY (Tidwell)<br>Case No. 2:24-cv-01484-JAD-EJY (Chiaramonti)<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF SCOTT DALE'S CLAIMS** |

Plaintiff, SCOTT DALE, individually and as Executor of the Estate of CAROL ANN SCANLON (hereinafter referred to as "Plaintiff DALE") and Defendant, UNITED STATES, by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), hereby stipulate and agree that Plaintiff DALE's Complaint in this matter and all the claims therein, are hereby voluntarily dismissed with prejudice with each party to bear their own attorneys' fees and costs.

Dated this 29th day of July, 2026.

HENNESS & HAIGHT

***/s/ Stephen J. Mendenhall, Esq.***

MARK G. HENNESS, ESQ.
Nevada Bar No. 5842
STEPHEN J. MENDENHALL, ESQ.
Nevada Bar No. 15286
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148

JOEL D. HENRIOD, ESQ.
Nevada Bar No. 8492
HENRIOD STERN
8965 South Eastern Avenue, Ste. 382
Las Vegas, Nevada 89123

*Attorneys for Plaintiff*

Date this 29th day of July, 2026.

UNITED STATES DEPARTMENT OF JUSTICE

***/s/ Robert J. Gross***

ROBERT J. GROSS
Senior Aviation Counsel
DEBRA D. FOWLER
Senior Aviation Counsel
ASHLEY E. DEMPSEY
Senior Trial Attorney
WILLIAM D. JANICKI
Trial Attorney
U.S. Department of Justice.
Civil Division, Torts Branch
Post Office Box 14271
Washington, D.C. 20044-4271

*Attorneys for Defendant*

**ORDER**

Based on the parties' stipulation **[ECF No. 34]** and good cause appearing, IT IS HEREBY ORDERED that all claims by Scott Dale in this case are DISMISSED with prejudice, each side to bear its own fees and costs.

U.S. District Judge Jennifer A. Dorsey
Dated: July 29, 2026